ACCEPTED
03-14-00698-CV
5152671
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/5/2015 11:07:57 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00698-CV

*IN THE*
*THIRD COURT OF APPEALS*
*AT AUSTIN, TEXAS*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/5/2015 11:07:57 AM
JEFFREY D. KYLE
Clerk

# SHAMARK SMITH LIMITED PARTNERSHIP, ET AL.,
## Appellants,

### v.

# MARTIN M. LONGORIA,
## Appellee

*APPELLEE MARTIN M. LONGORIA'S*
*UNOPPOSED MOTION FOR*
*FIRST EXTENSION OF TIME TO FILE APPELLEE'S BRIEF*

TO THE HONORABLE COURT:

NOW COME Martin M. Longoria, Appellee, who offers the following:

1. Appellee seeks an extension of the deadline for filing Appellees' Brief to June 5, 2015 (being a 30-day extension).

2. Without an extension, the deadline for filing Appellees' Brief is May 6, 2015.

3. Appellees' Brief cannot be tendered on time because the undersigned counsel, a sole practitioner, had surgery which resulted in lost time and diminished stamina. As a consequence, counsel cannot meet the May 6th deadline.

4. Although Appellants obtained three unopposed extensions of time to file their Appellants' Brief, this is Appellee's first request for an extension of time to file his Appellee's Brief.

WHEREFORE, Appellee prays that the deadline for filing Appellee's Brief be extended to June 5, 2015.

Respectfully submitted,

JAMES DAVID WALKER
P. O. Box 41
Milano, Texas 76556
SBOT 20706000
Phone: (512) 636-9520
Fax: (512) 455-7922
Email: walker@2appeal.com
COUNSEL FOR
MARTIN M. LONGORIA

**VERIFICATION**

THE STATE OF TEXAS
COUNTY OF MILAM

      BEFORE ME, the undersigned Notary Public, on this day personally appeared James David Walker, who being by me duly sworn on his oath deposed and said that he has read the above and foregoing and that every statement of fact contained therein is within his personal knowledge and is true and correct.

_____
JAMES DAVID WALKER

      SUBSCRIBED AND SWORN TO BEFORE ME by the said James David Walker this __5__ day of __May__, 2015, to certify which witness my hand and seal of office.

_____
Notary Public in and for
The State of Texas

(SEAL)

Maria D. Silva
_____
Printed Name of Notary

My Commission Expires: 1-23-2019

MARIA D. SILVA
Notary Public, State of Texas
My Commission Expires
JANUARY 23, 2019

## CERTIFICATE OF CONFERENCE

Appellants' counsel, Tracy J. Willi, confirmed that the requested extension is not opposed.

_James David Walker_
James David Walker

## CERTIFICATE OF WORD COUNT

I certify that this document contains 368 words, determined in the manner required by TRAP 9.4.

_James David Walker_
James David Walker

## CERTIFICATE OF SERVICE

I certify that on May 5, 2015, this document was electronically served on Counsel for Appellants:
Tracy J. Willi
twilli@willi.com

_James David Walker_
James David Walker